UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

ROSA M. CHIARAVALLOTI )
)
      Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, )
    (United States Postal Service) )
)
      Defendant. )

## COMPLAINT

### Parties

1. The plaintiff, Rosa M. Chiaravalloti, resides at 89 Josephine Avenue, Somerville, Massachusetts, County of Middlesex, Commonwealth of Massachusetts.

2. The defendant, United States of America, is a governmental entity duly organized under law, and is the proper defendant in lawsuits alleging negligence by United States Postal Service employees.

### Jurisdiction and Claim

3. This is a civil action against the defendant United States of America for money damages for personal injury, lost wages, loss of earning capacity, and loss of property over which this Court has jurisdiction pursuant to 28 U.S.C. § 1346(b).

4. On or about December 27, 2005, the plaintiff Rosa M. Chiaravalloti was operating a motor vehicle in Cambridge, Massachusetts.

5. On or about December 27, 2005, Christopher Brogan, an employee of the United States of America, Postal Service, was operating a motor vehicle in Cambridge, Massachusetts.

6.      On December 27, 2005, as a result of the carelessness and negligence by Christopher Brogan, the vehicles driven by Ms. Chiaravalloti and Mr. Brogan were involved in an incident in Cambridge, Massachusetts.

7.      Ms. Chiaravalloti was stopped at a red light at the intersection of Oxford Street and Forest Street when the United States Postal Truck negligently and carelessly operated by Mr. Brogan struck her vehicle.

8.      The incident caused the plaintiff Rosa M. Chiaravalloti to suffer severe personal injuries.

9.      On or about December 27, 2005, Christopher Brogan and other agents, servants and/or employees of the defendant, United States of America, were careless and negligent while acting within the scope of their office(s) or employment(s) with the defendant United States of America, including in the operation of a motor vehicle in Cambridge, Massachusetts, such that the plaintiff Rosa M. Chiaravalloti was caused to sustain serious personal injuries.

10.     On or about December 27, 2005, and at all material and relevant times, Christopher Brogan was an employee of the federal government acting within the scope of his employment.

11.     On or about December 14, 2007, the plaintiff made a written demand for relief in accordance with the provisions of 28 U.S.C. § 2401(b) and 28 C.F.R. § 14.2 to the defendant, United States of America by serving the demand upon Operations Program Support, Accident/Tort Claims, 25 Dorchester Avenue, Room 4026, Boston, Massachusetts 02205-9331.  See Exhibit A, attached hereto.

12.     On or about April 30, 2009, the defendant, United States of America, denied plaintiff's claim in writing and failed to reach final arbitration, settlement, compromise

and/or disposition of plaintiff's claim as required by 28 U.S.C. §§ 2401(b) and 2675(a) and 28 C.F.R. § 14.2. See <u>Exhibit B</u>, attached hereto.

**I.    Causes of Action**

(Each Cause of Action Specifically Incorporates by Reference

All of Those Paragraphs Previously Set Forth)

**<u>First Cause of Action</u>**

13.    This is an action by the plaintiff, Rosa M. Chiaravalloti, against the defendant, United States of America, for negligence resulting in damages suffered by Rosa M. Chiaravalloti including but not limited to pain and suffering, lost wages, loss of earning capacity, medical expenses, and loss of property in accordance with the provisions of 28 U.S.C. § 1346(b).

**II.    Demand for Judgment**

14.    The plaintiff, Rosa M. Chiaravalloti, demands judgment against the defendant, United States of America, together with interest and costs, as to the First Cause of Action in an amount not less than $750,000.00.

15.    Since the time the plaintiff made a written demand for relief in accordance with the provisions of 28 U.S.C. § 2401(b) and 28 C.F.R. § 14.2, there have been intervening facts and/or newly discovered evidence regarding Ms. Chiaravalloti's injuries that could not have been reasonably discovered prior to the filing of her administrative claim.

16.    The extent and permanency of the injures and need for additional treatment to Ms. Chiaravalloti's hips and back were not reasonably discoverable at the time she made her administrative claim.

17.     Accordingly, these intervening facts and/or newly discovered evidence entitles Ms. Chiaravalloti to an increase in relief over the amount of her administrative claim of $218,700.00.

### III.    Jury Claim

To the extent permitted by law, the plaintiff demands a trial by jury.

>Respectfully submitted,
>The plaintiff, Rosa M. Chiaravalloti
>
>
>/s/Thomas R. Donohue
>Richard E. Brody, BBO #058260
>Thomas R. Donohue, BBO #643483
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100
>rbrody@bhpklaw.com
>tdonohue@bhpklaw.com

Dated:  September 22, 2009