# EXHIBIT A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

POSTAL FILE NUMBER: 06-0070E

FORM APPROVED OMB NO. 1105-0008

**Submit To Appropriate Federal Agency:**
OPERATIONS PROGRAM SUPPORT
ACCIDENT/TORT CLAIMS
25 DORCHESTER AVE RM 4026
BOSTON, MA 02205-9331

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
ROSA M. CHIARAVALLOTI, 89 JOSEPHINE AVENUE, SOMERVILLE MA 02144
O'DONOVAN LAW OFFICE, 741 BROADWAY, SOMERVILLE, MA 02144

**3. TYPE OF EMPLOYMENT:** ☒ CIVILIAN
**4. DATE OF BIRTH:** 07/21/1981
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** 12/27/2005 - TUESDAY
**7. TIME (A.M. OR P.M.):** 11:10 AM

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

I was stopped at a red light when a U.S. Postal truck attempted to turn right onto Oxford Street from Forest Street in Cambridge, MA. The postal truck made too much of a wide turn and struck my vehicle.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
Rita Sanchez, 99 Woodlawn Street, Everett, MA 02148

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
Vehicle has already been repaired. Damage was to the front driver's side quarter panel and the whole front end.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Lower and upper back pain, shoulder pain, neck pain, headaches, right knee.
Left hip injury requiring arthroscopic intervention.
Right hip injury requiring future arthroscopic intervention.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
|  |  |

**AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $8,700.00 | $210,000.00 | 0 | $218,700.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.)
Rosa Chiaravalloti

**13b. Phone number of signatory:** (978) 203-0050
**14. DATE OF CLAIM:** 12/14/2007

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
Claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

NSN 7540-00-634-4046
Previous editions not usable.

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating cl
C. *Routine Use:* See the Notices of Systems of Records for the agency to wl are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to the requested information or to execute the form may render your claim "inv

### INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURR REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAI ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has b made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repair or if the property is lost or destroyed, the claimant should submit statements as tc original cost of the property, the date of purchase, and the value of the property, before and after the accident. Such statements should be by disinterested comp persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "inva A claim is deemed presented when it is received by the appropriate agency, not wl it is mailed.

Failure to specify a sum certain will result in invalid presentation of your clain and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☒ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No

COMMERCE INSURANCE COMPANY, 11 GORE RD, WEBSTER MA 01570
Adjuster: Cynthia Preston (800)221-1605 x 15645

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**
Yes - PIP claim

**17. If deductible, state amount**
No deductible.

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** (It is necessary that you ascertain these facts)

$2,000.00 in PIP benefits exhausted.
PIP claim no. HKW925 with Commerce Insurance.

**19. Do you carry public liability and property damage insurance?** Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☐ No

COLLISION COVERAGE THROUGH COMMERCE INSURANCE COMPANY
11 GORE ROAD, WEBSTER MA 01570
Adjuster: Cynthia Preston (800)221-1605 x 15645

U.S. Government Printing Office: 1995 — 387-722/20051

SF 95 (Rev. 7-85) BACK