# EXHIBIT B


**UNITED STATES**
**POSTAL SERVICE**

## CERTIFIED NO. 70080500000195074134
## RETURN RECEIPT REQUESTED

April 30, 2009

Mr. Sean T. O'Donovan
Attorney at Law
741 Broadway, Ball Square
Somerville, MA 02144

RE:   Your Client:         Rosa M. Chiaravalloti
      Date of Incident:    December 27, 2005

Dear Mr. O'Donovan:

This is in reference to the administrative claim of the above-referenced claimant filed under the provisions of the Federal Tort Claims Act, as a result of injuries allegedly sustained on or about December 27, 2005.

The Postal Service is not legally obligated to pay all losses which may occur, but only those caused by the negligent or wrongful act or omission of any employee acting in the scope of his employment. We are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

In reviewing all of the submissions regarding your client's alleged damages, we feel that this claim involves issues best resolved in court. Accordingly, this claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service *mails* the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal

P.O. Box 66640
St. Louis, MO 63141-0840
TEL: 314/872-6120
FAX: 314/872-5193

official who issued the final denial of the claim. Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Nothing in this letter should be construed to limit or waive any defenses which may be available to the United States should litigation ensue.

Sincerely,

*[signature]*

Kimberly A. Herbst
Tort Claims Examiner/Adjudicator

cc:   Janet Hooke
      Tort Claims Coordinator
      File No. 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B