UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROSA M. CHIARAVALLOTI,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>   (United States Postal Service),<br><br>               Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 09-11577-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant United States of America hereby certifies that Defendant and Defendant's counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

UNITED STATES OF AMERICA
UNITED STATES POSTAL SERVICE

/s/ Stanford M. Bjurstrom
Stanford M. Bjurstrom
Attorney – National Tort Center
United States Postal Service


Dated: March 18, 2010

CARMEN M. ORTIZ
United States Attorney
for the District of Massachusetts

/s/ Jennifer A. Serafyn
Jennifer A. Serafyn
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 748-3188
Fax: (617) 748-3969

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 22, 2010.

                                              /s/ *Jennifer A. Serafyn*
                                              Jennifer A. Serafyn
                                              Assistant U.S. Attorney