**MASSACHUSETTS
GENERAL HOSPITAL**

 **HARVARD
MEDICAL SCHOOL**

175 Cambridge Street, Suite 400
Boston, Massachusetts 02114
Telephone: 617 643-0803
Fax: 617 643-3438

**Peter D. Asnis, M.D.**
*Sports Medicine Service*
*Department of Orthopedic Surgery*

July 18, 2008

O'Donovan Law Office, P.C.
Attn: Peri S. Nawawi, Esquire
741 Broadway, Bali Square
Somerville, MA 02144

|  |  |
|---|---|
| Client/Patient: | Rosa M. Chiaravalloti |
| Date of Birth: | July 21, 1991 |
| MRN: | 394-56-09 |

To Who It May Concern:

The following is a narrative report, including my medical opinion and observations regarding Rosa Chiaravalloti.

Ms. Chiaravalloti is a 26 year-old woman who first presented to my office for evaluation of her left hip pain on June 4, 2007. The patient injured her left hip on December 27, 2005. At that time she was involved in a motor vehicle accident. She was driving and she was hit from the side. After this episode she had pain in her left hip. The pain was located deep in the hip. The pain has been present ever since December 27, 2005. The pain was exacerbated by sitting for long periods of time, driving, and standing for long periods of time. The pain was alleviated with rest. She did four months of physical therapy with no pain relief.

The patient was initially examined on June 4, 2007. On exam she had 0 degrees of extension, 110 degrees of flexion, 35 degrees of internal rotation, and 45 degrees of external rotation. She had clicking as the hip was brought from the flexed to the extended position. She had a positive impingement sign. She was neurovascularly intact distally. A radiographic work-up was performed which included x-rays, an MRI, and a CT scan. There was found to be a superior labral tear. An intra-articular injection was given with fluoroscopic guidance on June 7, 2007. The patient had 100% pain relief for six to eight hours after the injection. Unfortunately, her pain returned. She continued to have pain despite a good course of conservative treatment. On July 19, 2007, she underwent left hip arthroscopy, labral repair/debridement, synovectomy and chondroplasty. Her post-operative course has been uncomplicated. She has been very compliant with her post-operative rehabilitation protocol. Her left hip is doing very well. She was most recently seen on June 23, 2008, at which time she was approximately 11 months status post her left hip surgery. She reported excellent function, and was doing very well with regards to the left hip. It is difficult to assess whether the patient will have periods of partial disability as a result of the injury to her left hip. She did not have any symptoms in the left hip prior to the accident on

December 27, 2005, and it is my opinion that her injury, impairment, and treatment are all causally related to the motor vehicle accident on December 27, 2005.

Ms. Chiaravalloti noted the onset of right hip pain in October 2007. There was no new injury at that time. The only injury that she had that she can relate to her hip pain was the motor vehicle accident, which occurred on December 27, 2005. She did not have any pain in her hip prior to this accident. The pain in her right hip did not begin until approximately 22 months after the motor vehicle accident. The patient believes that she did not notice the pain in her right hip earlier because the pain was over-shadowed by the more significant pain in her left hip. Once her left hip had improved after surgery, she began to note the pain in her right hip as well. It certainly is conceivable that she injured the right hip at the time of the motor vehicle accident, but I cannot say that with 100% certainty. It is also possible that the patient began to have right hip pain secondary to compensation for her left hip injury. An injury to her left hip can cause an altered gait, which can ultimately lead to an imbalance and pain on the contralateral side. She was also having clicking in the front of the right hip. An MRI was performed which revealed an anterior labral tear. She did a good course of physical therapy, which did not help. She had an intra-articular injection on January 3, 2008. She had complete pain relief for six hours, but then the pain returned. Despite a good course of conservative treatment she continued to have pain in the right hip. On February 7, 2008, she underwent right hip arthroscopy, labral repair and synovectomy. Other than some psoas tendinitis after the surgery, she has been improving. She was most recently seen on June 23, 2008. At that time she was four and a half months status post right hip surgery. Overall, she has been doing well. She is improving. She continued to have some pain in the right hip, particularly when she is very active or at work for a full day.

In summary, Ms. Chiaravalloti was involved in a motor vehicle accident on December 27, 2005. She had left hip pain immediately after the accident. Her left hip was ultimately diagnosed as having a labral tear, and she underwent a left hip arthroscopy, labral repair/debridement, synovectomy and chondroplasty. Her left hip is doing very well. It is difficult to assess whether she will have periods of partial disability as a result of this injury. I do not think she will have periods of total disability secondary to this injury. Her left hip is doing very well, and I am optimistic that she will continue to do well. It is possible that she may ultimately have some degenerative changes in this hip secondary to the trauma of this accident. To a reasonable degree of medical certainty it is my opinion that the injury to her left hip as well as the impairment and treatment are all causally related to the motor vehicle accident on December 27, 2005.

With regards to her right hip, she noted the onset of pain approximately twenty-two months after the motor vehicle accident. There was no new injury. It is possible that there was a subtle injury to the right hip at the time of the accident as well. It is also possible that the right hip began to hurt secondary to compensation when dealing with the left hip labral tear. She was ultimately diagnosed as having a right hip labral tear as well, and she underwent a right hip arthroscopy, labral repair, and synovectomy on February 7, 2008. Her right hip is improving, but she has not yet optimized with regards to her recovery. It is less clear whether the injury to her right hip is causally related to the motor vehicle accident on December 27, 2005. It is certainly possible that she sustained an injury to her right hip on December 27, 2005, as well. It is also possible that her

stressing her right hip.  It is difficult to assess whether she will have periods of partial disability as a result of her injury.  I do not think she will have periods of total disability secondary to this injury.  I am optimistic that her right hip will continue to improve and follow a similar course to her left hip. Her prognosis for recovery is good.  Time will tell if she has complete resolution of her symptoms.  She will continue to be followed in my office.

Thank you very much.

"Sworn and subscribed to this 18[th] day of July, 2008,
under the pains and penalties of perjury."

_____

Peter D. Asnis, MD

PA/gm