Rosa M. Chiaravalloti, 9/1/2010

APEX Reporting

Page 1 to Page 100

CONDENSED TRANSCRIPT AND CONCORDANCE

*APEX REPORTING*
*840 Summer Street*
*2nd Floor*
*Boston, MA   02127*
*Phone:   617-269-2900*
*FAX:   617-269-2919*

ORIGINAL

Page 1

```
(1)  1 - 100
(2)
(3)
               IN THE UNITED STATES DISTRICT COURT
(4)
                            FOR THE
(5)
                    DISTRICT OF MASSACHUSETTS
(6)
(7)
     ROSA M. CHIARAVALLOTI,      )
(8)                              )
                  Plaintiff,     )
(9)                              )
     vs.                         )  CIVIL ACTION NO.
(10)                             )  09-11577-NG
     UNITED STATES OF AMERICA,   )
(11) UNITED STATES POSTAL SERVICE,)
                                 )
(12)              Defendants.    )
(13)
(14)
              THE ORAL DEPOSITION OF ROSA M. CHIARAVALLOTI,
(15) held pursuant to Notice, and the applicable provisions of
(16) the Federal Rules of Civil Procedure, before Carol Summers,
(17) a Court Reporter and Notary Public in and for the
(18) Commonwealth of Massachusetts, at the offices of the
(19) United States Attorney, 1 Courthouse Way, suite 2300,
(20) Boston, Massachusetts, on Wednesday, September 1, 2010,
(21) commencing at 2:04 p.m.
(22)
(23)
(24)
(25)
```

Page 2

```
(1)  APPEARANCES:
(2)  On behalf of the Plaintiff:
(3)       THOMAS R. DONOHUE, Esquire
          Brody Hardon Perkins & Kesten, LLP
(4)       One Exeter Plaza
          Boston, MA 02116
(5)       (617) 880-7100
(6)  On behalf of the Defendants:
(7)       JENNIFER A. SERAFYN
          Assistant U.S. Attorney
(8)       Office of the United States Attorney
          1 Courthouse Way
(9)       Suite 9200
          Boston, MA 02210
(10)
     Also Present:
(11)
          Giovanni Dimaggio, Intern
(12)
...
(25)
```

Page 3

(1)  I N D E X
(2)  WITNESS                                           PAGE
(3)  No. 1 Two-sided documen                           52
(4)  No. 2 Documen                                    67
(5)  No. 3 Doctor's not                                71
(6)  No. 4 Doctor's not                                74
(7)  No. 5 Radiology repor                             76
(8)  No. 6 Five-page medical recor                     77
(9)  No. 7 Interrogatorie                              83
(10) No. 8 Doctor's not                                85
(11) No. 9 Doctor's not                                89
(12) No. 10 Doctor's not                               91
(13) No. 11 Somerville Physical Therapy recor          92
(14) No. 12 Doctor's not                               94

Page 4

(1)  STIPULATIONS
(2)  IT IS HEREBY STIPULATED AND AGREED TO
(3)  by and between the parties and their
(4)  respective attorneys, that all
(5)  objections, except as to the form of the
(6)  questions, shall be reserved until the
(7)  time of trial; that the filing of the
(8)  deposition be waived; and, that the
(9)  witness may read and sign the deposition
(10) without any Notary Public being present.

Page 65

(1) Q Okay. When was the last time you felt pain in your
(2) left hip?
(3) A Last night.
(4) Q And when was the last time you felt pain in your right
(5) hip?
(6) A Last night.
(7) Q So even though you've had one surgery on your left hip
(8) and two surgeries on your right hip, you still have
(9) some pain there?
(10) A Yes.
(11) Q Okay.
(12) A Not completely gone.
(13) Q Okay. And I think this is the kind of question that
(14) doctors ask, but on a scale of one to ten, how bad is
(15) the pain, one being – or zero being no pain and ten
(16) being, you know, extreme pain?
(17) A It goes up and down. On the day that I'm working all
(18) day, I mean, it could be like really bad at the end of
(19) the day, could be like eight, again. But I think it's
(20) a lot of that's going on. I don't think that a – I
(21) don't think that it is completely gone. And on a good
(22) day, if I'm not working, it could be like a four.
(23) Q Okay. And so since you've had left hip surgery, has it
(24) ever been lower than a four?
(25) A No.

Page 66

(1) Q Okay. And since you've had right hip surgery, has your
(2) pain level ever been lower than a four?
(3) A No. Probably right after the surgery because it was
(4) numb, but, no.
(5) Q Okay. Looking back at this document that's been marked
(6) as Exhibit 1, do you see Box 10 there that says,
(7) personal injury/wrongful death? And it says date,
(8) nature and extent of each injury or cause of death,
(9) which forms the basis of the claim. And then typed in
(10) there it says lower and upper back pain, shoulder pain,
(11) neck pain, headaches, right knee.
(12) And then below that it says left hip injury
(13) requiring arthroscopic surg – arthroscopic
(14) intervention; right hip injury requiring future
(15) arthroscopic intervention. Do you see that?
(16) A Mm-hm.
(17) Q Do you know who type – is that a yes?
(18) A Yes.
(19) Q Okay. Do you know who typed that?
(20) A I don't.
(21) Q Okay. At the time that you signed this form, had you
(22) already had surgery on your left hip?
(23) A Yes.
(24) Q And at the time that you signed this form ---
(25) A On the left hip? No.

Page 67

(1) Q Wasn't your left hip surgery in July 2007?
(2) A Yes.
(3) Q Okay. So this is December 2007. So you already
(4) had---
(5) A Right.
(6) Q --- left hip surgery, right?
(7) A Yes.
(8) Q But you hadn't had right hip surgery yet?
(9) A Correct.
(10) Q Is that right? Okay. But it says right hip injury
(11) requiring future arthroscopic intervention. Is it fair
(12) to say that at this point you knew that you needed to
(13) have surgery on your right hip?
(14) A Right.
(15) Q Okay.
(16) MS. SERAFYN: Can you please mark this?
(17) (Chiaravalloti Deposition Exhibit
(18) No.2 marked.)
(19) MR. DONOHUE: We've been going for an hour and
(20) fifteen minutes. Is this a good time for a break?
(21) MS. SERAFYN: Sure. Yes.
(22) (Whereupon, a recess was taken at 3:19 p.m, to
(23) 3:27 p.m.)
(24) Q BY MS. SERAFYN: I'm going to show you what's been
(25) marked as Exhibit 2. And take your time looking that

Page 68

(1) over, but I'm just going to ask you if you have seen
(2) this document before.
(3) (Pause.)
(4) A I haven't seen this one yet.
(5) Q Okay. Let's just turn to Page 3, which starts with
(6) No.11 there.
(7) A Okay.
(8) Q And that lists your mother, Mary Dalrymple; is that
(9) right?
(10) A Correct.
(11) Q Okay. And it says at the bottom on No. 11 there, the
(12) plaintiff's mother has knowledge about the plaintiff's
(13) damages. Do you see that?
(14) It's just kind of right her name that's listed
(15) there and her address?
(16) A Yes. Yes.
(17) Q Okay. And can you describe for me what knowledge you
(18) think your mother has about your damages in this case?
(19) A About the – my – about my injuries?
(20) Q Yes.
(21) A She – she seen me – she's seen me through everything.
(22) Like how I've been and how much pain I've been in and
(23) all my surgeries, she's been there.
(24) Q Okay. And then what about the next one, No. 12? It
(25) says Gustavo Sanchez. That's your boyfriend, right?