CLAIM NUMBER: 06-0070L

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appr OPERATIONS PROGRAM SUPPORT ACCIDENT/TORT CLAIMS 25 DORCHESTER AVE RM 4026 BOSTON, MA 02205-9331 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) ROSA M. CHIARAVALLOTI, 89 JOSEPHINE AVENUE, SOMERVILLE MA 02144 O'DONOVAN LAW OFFICE, 741 BROADWAY, SOMERVILLE, MA 02144 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH 07/21/1981 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 12/27/2005 - TUESDAY | 7. TIME (A.M. OR P.M.) 11:30 AM |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

I was stopped at a red light when a U.S. Postal truck attempted to turn right onto Oxford Street from Forest Street in Cambridge, MA. The postal truck made too much of a wide turn and struck my vehicle.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Rita Sanchez, 99 Woodlawn Street, Everett, MA 02148

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Vehicle has already been repaired. Damage was to the front driver's side quarter panel and the whole front end.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Lower and upper back pain, shoulder pain, neck pain, headaches, right knee.
Left hip injury requiring arthroscopic intervention.
Right hip injury requiring future arthroscopic intervention.

**WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| | |

**AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $8,700.00 | $210,000.00 | 0 | $218,700.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| SIGNATURE OF CLAIMANT (See instructions on reverse side.) Rosa Chiaravalloti | 13b. Phone number of signatory (978) 203-0050 | 14. DATE OF CLAIM 12/14/2007 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The Claimant shall forfeit and pay to the United States the sum of $2,000. double the amount of damages sustained by the United States. 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE

Previous editions not usable.